# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160657(52)

DESMOND RICKS,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN,
      Defendant-Appellee.

_____/

SC: 160657
COA: 342710
Ct of Claims: 17-000159-MZ

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 5, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020



Clerk